UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
LAWRENCE MAXWELL          CIVIL ACTION
    V.
NORRIGDE POLICE DEPARTMENT
VILLAGE OF NORRIDGE
THIRD DISTRICT COURT COOK COUNTY
(NAME OF THE DEFENDANT OR DEFENDANTS)

## COMPLAINT OF MISREPRESENTATION

On this date, I Lawrence Maxwell a resident of Chicago Il county of cook. Employed by P.D.Q staffing as a employee of American Intercontinental Univertisity. As a admission advisor, after a short period of employment I was told by P.D.Q Staffing of a criminal background check, that had been conducted. And to the findings, I Lawrence Maxwell a renew citizen had been the victim of ID TEFT. After being dismiss from my 20.50 hour career Itook out in search of this Faust charge of deceptive practice on or about 4-25-03. and this person arrested had in his position my ID. and at that point he was charge under my name S.S, IR# FBI FINGER PRINTDATA BASE.
After making Norrigde Police Department aware of their mess-up. All I was giving to return to a normal life that I,ve work so hard to build. A letter to carry around with me for the rest of my life. Now I'm not able to find suitable employment that will maintain a level of confront for my four children as well as myself, also I,m having to deal constantly with the law because of this.

**RECEIVED**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1418 E 74 St
Chicago Il 60619